**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ELIZABETH A. SCOTT and DAVID W. SCOTT,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **C.A. No. 07-328S** |
| **UNITED STATES OF AMERICA** | ) | |
| **Defendant.** | ) | |

**DECLARATION OF PETER R. BROWNE**

I, Peter R. Browne, make the following declaration in lieu of affidavit pursuant to 28 U.S.C. §1746. I am aware that this declaration is the legal equivalent of a statement under oath and that it will be filed in the United States District Court for the District of Rhode Island.

1. I am the Morale, Welfare, and Recreation Administrative Officer for the United States Department of the Navy at the Naval Station in Newport, Rhode Island. I have held this position for twelve years. I have been employed with the Navy for twenty-six years which includes both active and civilian service.

2. The Morale, Welfare, and Recreation Department coordinates the programming for the annual "Salute to Summer Concert and Fireworks Show" at the Newport Naval Station.

3. On September 3, 2004, the Newport Naval Station held its Salute to Summer Concert and Fireworks Show. The Salute to Summer Concert and Fireworks Show was open to the general public. No admission fee was charged for the Salute to Summer Concert and Fireworks Show.

GOVERNMENT EXHIBIT 1

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

2/19/08
Dated

Peter R. Browne
Morale, Welfare, and Recreation Department
Administrative Officer
United States Department of the Navy