United States District Court
for the
District of Rhode Island

| | | |
|---|---|---|
| ELIZABETH A. SCOTT, Individually, and DAVID W. SCOTT, Individually, Plaintiffs, | ) | |
| v. | ) | C.A. No. 07-328S |
| UNITED STATES OF AMERICA Defendant. | ) | |

**MOTION FOR EXTENTION OF TIME TO REPSOND TO DEFENDANT'S MOTION TO DISMISS**

Plaintiffs, Elizabeth A. Scott and David W. Scott, hereby request an extension of time within which plaintiffs may file a response to defendant's motion to dismiss pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

As grounds for this motion plaintiffs state as follows:

1. On February 19, 2008, the defendant filed its Motion of Dismiss and Memorandum in Support of Motion to Dismiss together with a Declaration of Peter R. Browne in support thereof.

2. Plaintiffs' response to Defendant's Motion and Memorandum is due on March 7, 2008.

3. Counsel for the plaintiffs, Mr. Angell, has been working diligently since February 19, 2008 to procure affidavits and other information to support plaintiffs' response to defendant's Motion and Memorandum.

4. Plaintiffs will not be able to procure the affidavits and other information they require to file an adequate response to defendant's Motion and Memorandum by March 7, 2008.

5. On March 3, 2008, Mr. Angell, counsel for plaintiffs, discussed the within with Ly T. Nguyen, Esq., Assistant U.S. Attorney, counsel for defendant.

6. Plaintiffs require an extension of time up to and including March 24, 2008, to file their response. This date was discussed with Ms. Nguyen and she did not have an objection thereto.

WHEHREFORE, plaintiffs respectfully request of the Court that they be granted and extension of time up to and including March 24, 2008 to file their response to defendant's Motion and Memorandum.

Plaintiffs by their attorney,

**/s/ Stephen J. Angell**

Stephen J. Angell (6132)
**Law Office of Stephen J. Angell**
155 South Main Street, Suite 203
Providence, RI 02903-2963
Email: sangell@angellfirm.com
Telephone: 401-276-0066
Facsimile: 401-276-0022

## Certification of Service

I, Stephen J. Angell, hereby certify that on this 4th day of March, 2008, I caused the within Motion to be filed electronically with the Clerk of the United State District Court for the District of Rhode Island, using the CM/ECF system. The following participant(s), as identified in on the Notice of Electronic Filing, have received notice electronically:

Ly T. Nguyen, Esq.
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

**/s/ Stephen J. Angell**

Stephen J. Angell (6132)
**Law Office of Stephen J. Angell**
155 South Main Street, Suite 203
Providence, RI 02903-2963
Email: sangell@angellfirm.com
Telephone: 401-276-0066
Facsimile: 401-276-0022