UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ELIZABETH A. SCOTT and<br>DAVID W. SCOTT, | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 07-328S |
| UNITED STATES OF AMERICA | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME**

______COMES NOW, the United States of America, by and through its undersigned attorneys, and moves that the time for filing a Reply to Plaintiff's Response to Defendant's Motion for Lack of Jurisdiction be enlarged up to and including April 9, 2008. Plaintiff's counsel has no objection to this extension.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Ly T. Nguyen
LY T. NGUYEN
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017 (fax)
Email: ly.nguyen@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of March, 2008, I caused a copy of Defendant's Motion for Extension of Time to be filed electronically with the Clerk of the Court using the CM/ECF system. The following participant(s), as identified on the Notice of Electronic Filing, will receive notice electronically:

Stephen J. Angell, Esq.
155 South Main Street
Suite 203
Providence, RI 02903

/s/ Ly T. Nguyen
LY T. NGUYEN
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017 (fax)
Email: ly.nguyen@usdoj.gov