**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ELIZABETH A. SCOTT and** | ) | |
| **DAVID W. SCOTT,** | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **C.A. No. 07-328S** |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S MOTION TO RESCHEDULE HEARING**

Defendant United States of America, by and through undersigned counsel, respectfully requests this Court to reschedule the hearing on Defendant's Motion to Dismiss for Lack of Jurisdiction, presently scheduled for April 25, 2008. In support thereof, undersigned counsel states that she will be in North Carolina for a training seminar from April 22, 2008 through April 25, 2008. Plaintiff's counsel has no objection to this motion, but requests that the Court reschedule the hearing to a mutually convenient date and time for the Court and both parties.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Ly T. Nguyen
LY T. NGUYEN
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017 (fax)
Email: ly.nguyen@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of April, 2008, I caused a copy of Defendant's Motion to Reschedule to be filed electronically with the Clerk of the Court using the CM/ECF system. The following participant(s), as identified on the Notice of Electronic Filing, will receive notice electronically:

Stephen J. Angell, Esq.
155 South Main Street
Suite 203
Providence, RI 02903

/s/ Ly T. Nguyen
LY T. NGUYEN
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017 (fax)
Email: ly.nguyen@usdoj.gov