United States District Court
for the
District of Rhode Island

| | | |
|---|---|---|
| ELIZABETH A. SCOTT, Individually,<br>and DAVID W. SCOTT, Individually,<br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 07-328S |

**MOTION FOR EXTENTION OF TIME TO OBJECT TO MAGISTRATE'S REPORT AND RECOMMENDATION**

Plaintiffs, Elizabeth A. Scott and David W. Scott, hereby request an extension of time within which plaintiffs may file an Objection and Memorandum to Magistrate Almond's Report and Recommendation granting defendant's motion to dismiss.

As grounds for this motion plaintiffs state as follows:

1. On May 8, 2008 United States Magistrate Judge Lincoln D. Almond filed his Report and Recommendation.

2. Plaintiffs' objection to Magistrate Almond's Report and Recommendation is due on May 21, 2008.

3. Counsel for the plaintiffs, Mr. Angell, has been working diligently since May 8, 2008 to prepare his objection, memorandum and to keep his clients informed.

4. The exigencies of Mr. Angell's practice together with the issues presented by this objection and memorandum require that counsel for the plaintiffs request additional time to file an adequate response to Magistrate Almond's Report and Recommendation.

5. On May 13, 2008, Mr. Angell, counsel for plaintiffs, discussed the within with Ly T. Nguyen, Esq., Assistant U.S. Attorney, counsel for defendant.

6. Plaintiffs require an extension of time up to and including June 16, 2008, to file their objection and memorandum. This date was discussed with Ms. Nguyen and she did not have an objection thereto.

WHEHREFORE, plaintiffs respectfully request of the Court that they be granted and extension of time up to and including June 16, 2008 to file their objection to Magistrate Almond's Report and Recommendation.

Plaintiffs by their attorney,

**/s/ Stephen J. Angell**
Stephen J. Angell (6132)
**Law Office of Stephen J. Angell**
155 South Main Street, Suite 203
Providence, RI 02903-2963
Email: sangell@angellfirm.com
Telephone: 401-276-0066
Facsimile: 401-276-0022

## Certification of Service

I, Stephen J. Angell, hereby certify that on this 19th day of May, 2008, I caused the within Motion to be filed electronically with the Clerk of the United State District Court for the District of Rhode Island, using the CM/ECF system. The following participant(s), as identified in on the Notice of Electronic Filing, have received notice electronically:

Ly T. Nguyen, Esq.
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

**/s/ Stephen J. Angell**
Stephen J. Angell (6132)
**Law Office of Stephen J. Angell**
155 South Main Street, Suite 203
Providence, RI 02903-2963
Email: sangell@angellfirm.com
Telephone: 401-276-0066
Facsimile: 401-276-0022