United States District Court
for the
District of Rhode Island

| | | |
|---|---|---|
| ELIZABETH A. SCOTT, Individually, and DAVID W. SCOTT, Individually, Plaintiffs, | ) | |
| v. | ) | C.A. No. 07-328S |
| UNITED STATES OF AMERICA Defendant. | ) | |

**MOTION TO AMEND COMPLAINT**

Pursuant to Fed. R. Civ. P. 15 and L.R. Cv. 15, plaintiffs move to amend their complaint for good cause, and on grounds, more specifically briefed in the attached Memorandum, that information discovered in defending and objecting to Defendant's Motion to Dismiss requires such amendment.

WHEREFORE, plaintiffs request the Court grant their motion to amend.

Plaintiffs by their attorney,

**/s/ Stephen J. Angell**
Stephen J. Angell (6132)
**Law Office of Stephen J. Angell**
155 South Main Street, Suite 203
Providence, RI 02903-2963
Email: sangell@angellfirm.com
Telephone: 401-276-0066
Facsimile: 401-276-0022

**Certification of Service**

I, Stephen J. Angell, hereby certify that on this 16th day of June, 2008, I caused the within Motion to be filed electronically with the Clerk of the United State District Court for the District of Rhode Island, using the CM/ECF system. The following participant(s), as identified in on the Notice of Electronic Filing, have received notice electronically:

Ly T. Nguyen, Esq.
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

**/s/ Stephen J. Angell**
Stephen J. Angell (6132)
**Law Office of Stephen J. Angell**
155 South Main Street, Suite 203
Providence, RI 02903-2963
Email: sangell@angellfirm.com
Telephone: 401-276-0066
Facsimile: 401-276-0022