**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ELIZABETH A. SCOTT and DAVID W. SCOTT, | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 07-328S |
| UNITED STATES OF AMERICA | ) | |
| Defendant. | ) | |

**PLAINTIFFS' OBJECTION TO MAGISTRATE ALMOND'S REPORT AND RECOMMENDATION**

Plaintiffs, Elizabeth A. Scott and David W. Scott, object to Magistrate Almond's Report and Recommendation. The grounds for plaintiffs' objection are set forth in the supporting Memorandum filed herewith.

Plaintiffs respectfully request the opportunity to be heard at oral argument concerning their objection.

Plaintiffs by their attorney,

**/s/ Stephen J. Angell**
Stephen J. Angell (6132)
**Law Office of Stephen J. Angell**
155 South Main Street, Suite 203
Providence, RI 02903-2963
Email: sangell@angellfirm.com
Telephone: 401-276-0066
Facsimile: 401-276-0022

**Certification of Service**

I, Stephen J. Angell, hereby certify that on this 16th day of June, 2008, I caused the within Objection to be filed electronically with the Clerk of the United State District Court for the District of Rhode Island, using the CM/ECF system. The following participant(s), as identified in on the Notice of Electronic Filing, have received notice electronically:

Ly T. Nguyen, Esq.
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

**/s/ Stephen J. Angell**
Stephen J. Angell (6132)
**Law Office of Stephen J. Angell**
155 South Main Street, Suite 203
Providence, RI 02903-2963
Email: sangell@angellfirm.com
Telephone: 401-276-0066
Facsimile: 401-276-0022