UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

ELIZABETH A. SCOTT CA No. 07-328 S
DAVID W. SCOTT

Plaintiffs

v PROVIDENCE, RI
APRIL 29, 2008

UNITED STATES OF AMERICA

Defendant

BEFORE MAGISTRATE JUDGE LINCOLN D. ALMOND

APPEARANCES:

FOR THE PLAINTIFFS: STEPHEN A. ANGELL, Esq.
155 S. Main St.
Suite 203
Providence, RI 02903
276-0066

FOR THE DEFENDANT: LY NGUYEN, Atty.
U.S. Attorney's Office
50 Kennedy Plaza
8th Floor
Providence, RI 02903
709-5000

GOVERNMENT EXHIBIT
1

MR. ANGELL: Thank you, your Honor. Good morning.

THE COURT: Good morning.

MR. ANGELL: Your Honor, the case before the Court, it's a simple complaint. There's a count of negligence. And in that count of negligence, obviously we claimed that my client, Elizabeth Scott, slipped and fell when she was invited to observe a fireworks display at the Newport Naval Station in Newport.

Now, I'm going to try to address some of what Ms. Nguyen said in a moment. But I think what the Court should be focusing on here is, indeed, the recreational use statute as Ms. Nguyen has raised. We did not allege malicious or willfulness conduct because we don't have a good faith basis for it at this point. Nor are we requesting of the Court that we be allowed to go on some fishing expeditions to amend our complaint. If those things bear themselves out in the course of discovery, certainly we would amend the complaint.

With that said, however, there is certainly enough here to demonstrate a claim of negligence. The complaint was very plain and clear on that point. And certainly through the claim process itself, the United States was aware as to the particulars of Ms. Scott's

recess.

C E R T I F I C A T I O N

I, court approved transcriber, certify that the foregoing is a correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter.

Joseph A. Fontes

/sJoseph A. Fontes/

JOSEPH A. FONTES, COURT REPORTER

June 17, 2008

DATE