UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Elizabeth A. Scott and
David W. Scott
Plaintiff

v. C.A. No. 07-328S

United States of America
Defendant

**ORDER**

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on May 7, 2008, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's objection to the Report and Recommendation is DENIED. Defendant's Motion to Dismiss is GRANTED and Plaintiff's Complaint is hereby DISMISSED.

By Order,

Wendy Seils
Deputy Clerk

ENTER:

WESmith
William E. Smith
United States District Judge

Date: 7/24/08