**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JUDGMENT IN A CIVIL CASE**

**Elizabeth A. Scott and**

**David W. Scott**

**Plaintiff**

**V.** **Case Number: C.A. NO. 07-328S**

**United States of America**

**Defendant**

**Jury Verdict.**

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the Defendant, United States of America, against the Plaintiffs, Elizabeth A. Scott and David W. Scott pursuant to the Court's Order dated July 24, 2008 granting Defendant's Motion to Dismiss and dismissing Plaintiff's Complaint.**

**BY ORDER:**

**July 25, 2008** Wendy Seib

**Date** **Deputy Clerk**